# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133064

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 133064
                                      COA: 272471
                                      Oakland CC: 2004-197447-FH;
                                                      2004-197823-FH

GEORGE VINCENT WALTON,
a/k/a THEODORE VINCENT WALTON,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

p0416